PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
### Report on Offender Under Supervision

RECEIVED
MAY 0 4 2007
AT 8:30 _____ M
WILL[...]

Name of Offender: Johnny Rosado                           Cr.: 04-00518-001

Name of Sentencing Judicial Officer: Honorable John C. Lifland
                                     Senior United States District Court Judge

RECEIVED
APR 27 2007
Chambers of
Anne E. Thompson, U.S.D.J.

Date of Original Sentence: 05/26/05

Original Offense: Bank Robbery by force or Violence

Original Sentence: Probation - 30 months - Imprisonment; 3 years; Restitution - $945.00; Special Assessment - $100. Special Conditions: Drug Treatment; Mental Health Treatment; Financial Disclosure; No New Credit; DNA Collection.

Type of Supervision: Supervised Release          Date Supervision Commenced: 07/21/06

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states **'You shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.'** |
| | As outlined in Violation #1, on April 18, 2007, the offender reported to the Northfield Probation Office and admitted to smoking marijuana on more than one occasion over the course of the last few weeks. Specifically, the offender submitted urine specimens on April 3, 2007, April 4, 2007, April 11, 2007, April 17, 2007, and April 18, 2007, which tested positive for marijuana use. (It is noted that the specimen provided by the offender on April 9, 2007, returned negative for marijuana use). Also at that time, the offender acknowledged that the possession of marijuana is illegal. The offender should not be in possession of any controlled substances that are illegally sold, used, distributed, or administered. |
| 2. | The offender violated the supervision condition which states **'The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to drug treatment, on an outpatient or inpatient basis, if directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.'** |
| | On April 18, 2007, the offender reported to the Northfield Probation Office as directed by the undersigned officer. At that time, the undersigned officer questioned the |

offender regarding his recent positive test results, and to his credit, he immediately admitted to smoking marijuana on more than one occasion over the course of the last few weeks. However, he accepted responsibility for his own actions, expressed remorse, and is aware of the serious consequences should there be any future positive drug test results. Additionally, the offender signed an 'Admission of Drug Use' form. The offender is enrolled in an outpatient treatment program at C.U.R.A., Inc., in Vineland, New Jersey, and the utilization of illegal substances is in violation of the rules of the program.

It should be noted that the offender alleges to be experiencing mental health issues, such as anxiety and depression. Furthermore, he reportedly was prescribed medication while incarcerated with the Federal Bureau of Prisons.

U.S. Probation Officer Action:

The offender's current substance abuse treatment plan includes outpatient treatment, as well as random drug testing via Code-A-Phone. The U.S. Probation Office will monitor the offender's compliance through continued random drug testing and will advise the Court accordingly of any future positive test results.

Be advised that the undersigned officer reviewed the offender's presentence report, as well as progress reports from the Federal Bureau of Prison, which revealed that while incarcerated, he was diagnosed as having a Bi-Polar disorder. Subsequently, the undersigned officer will refer the offender for an assessment with a Senior U.S. Probation Officer, specifically a Mental Health Specialist, for an evaluation and determination of a course of action.

No Court action is recommended at this time.

Respectfully submitted,

By: Denise E. Valletto-Haywood
U.S. Probation Officer
Date: 04/23/07

---

*No Response is necessary unless the court directs that additional action be taken as follows:*

[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other: **To Serve as a Letter of Reprimand**

Signature of Judicial Officer

May 2, 2007
Date